UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| BILLY MERRIWEATHER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:08-CV-143 RL |
| CURTIS PRODUCTS, | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 24, 2008, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiff's complaint. On June 9, 2008, this Court ordered both parties to file brief status reports to assist this Court in establishing case management deadlines as required by Fed. R. Civ. P. 16(b). On July 7, 2008, Defendant filed its status report. However, Plaintiff failed to submit his own status report. Accordingly, on July 16, 2008, this Court issued an order to show cause directing Plaintiff to submit a status order and explain why his case should not be dismissed for failure to prosecute his claim. Plaintiff was given until August 14, 2008 to respond. As of this date, Plaintiff has still not responded to this Court's initial order or the order to show cause, despite this Court's warning pursuant to Timms v. Frank, 953 F.2d 281, 285-86 (7th Cir. 1992) and Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a dismissal of their case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. Plaintiff has failed to comply with two court orders, and has provided no written documentation explaining his inaction. This Court can only assume

that Plaintiff has abandoned his case. Consequently, for the aforementioned reasons, this Court

**RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 19th Day of August, 2008.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

cc: Merriweather