```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF INDIANA
           SOUTH BEND DIVISION
```

BILLY MERRIWEATHER,            )
                               )
Plaintiff,                     )
                               )
                               )
vs.                            )   NO. 3:08-cv-143
                               )
CURTIS PRODUCTS,               )
                               )
Defendant.                     )

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Christopher A. Nuechterlein, filed on August 19, 2008. Upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Clerk is **ORDERED** to **DISMISS** Plaintiff's case **WITHOUT PREJUDICE**.

On March 24, 2008, this matter was referred to Magistrate Judge Nuechterlein pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiff's complaint. Magistrate Judge Nuechterlein ordered both parties to file status reports. Although Defendant filed its status report, Plaintiff failed to submit his status report (and failed again following an order to show cause and the Court's warning pursuant to *Timms v. Frank*, 953 F.2d 281, 285-86 (7th Cir. 1992), that failure to do so may result in a dismissal of the case).

Under Federal Rule of Civil Procedure 41, a case may be dismissed for the plaintiff's failure to prosecute his claim or to comply with court orders. Plaintiff has failed to comply with two Court orders, and provided no written documentation explaining his inaction. Thus, Magistrate Judge Nuechterlein concluded that Plaintiff abandoned his case, and recommended that the case be dismissed without prejudice. The Magistrate further gave Plaintiff notice that he had ten days in which to submit written objections to the proposed findings and/or recommendations.

More than 10 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection - within 10 days - will result in the waiver of the right to challenge a report and recommendation). Therefore, this Court adopts Magistrate Judge Nuechterlein's Report and Recommendation.

**DATED: October 6, 2008**          /s/ RUDY LOZANO, Judge
                                    **United States District Court**